IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDGAR ANTONIO RODRIGUEZ VILLEGAS, | ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 3:25-516 |
| v. | ) ) | |
| PAMELA BONDI, et al., | ) ) ) | Magistrate Judge Patricia L. Dodge |
| Respondents. | ) | |

**ORDER**

AND NOW, this 28th day of January, 2026, it is hereby ORDERED that:

1. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov . The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2. Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. Respondents shall file any responses or answers to the petition within **10 days** of the date of service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

2

**IT IS FURTHER ORDERED** that Respondent shall notify this Court in writing of any transfer, release, removal, or other change in the location of Petitioners' custody within three business days of its occurrence. This does not in any way limit Petitioners' responsibility to notify this Court of any changes to his address.

By the Court:

/s/ Patricia L. Dodge
PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE